UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VICTORIANO TAVAREZ, Individually, and :
On Behalf of All Others Similarly Situated, :
: Case No. 1:21-cv-09974-ER
Plaintiff, :
:
vs. : **STIPULATION OF DISMISSAL**
:
ONCE UPON A FARM, PBC, :
:
Defendant. :
:
:
:
:
:
------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: June 23, 2022           **MIZRAHI KROUB LLP**

                               /s/ William Downes

                               EDWARD Y. KROUB
                               JARRETT S. CHARO
                               WILLIAM J. DOWNES
                               200 Vesey Street, 24th Floor
                               New York, NY 10281
                               Telephone: 212/595-6200
                               212/595-9700 (fax)
                               jmizrahi@mizrahikroub.com
                               jcharo@mizrahikroub.com
                               wdownes@mizrahikroub.com

                               *Attorneys for Plaintiff*

DATED: June 23, 2022

K&L GATES LLP

_____
Edgardo Ramos, U.S.D.J
Dated: June 24, 2022
New York, New York

_____
TARA LYNNE PEHUSH
CAROL C. LUMPKIN, *Admitted Pro Hac Vice*
599 Lexington Avenue
New York, NY 10022-6030
(212)-536-4852
tara.pehush@klgates.com
carol.lumpkin@klgates.com

*Attorneys for Defendant*

2